No. 843. DEAN SHERRY, TRUSTEE, ETC., ET AL. *v.* J. B. LUCAS. April 9, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. J. Butts* for petitioners. No appearance for respondent.

———

No. 856. JOHN W. TALBOT *v.* UNITED STATES. April 9, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Cassius C. Shirley* and *Mr. Larz A. Whitcomb* for petitioner. *Mr. Solicitor General Beck, Mr. Assistant Attorney General Crim* and *Mr. H. S. Ridgely* for the United States. *Mr. J. C. Risk,* by leave of court, as *amicus curiæ.*

———

No. 868. WINDOW GLASS MACHINE COMPANY ET AL. *v.* PITTSBURGH PLATE GLASS COMPANY. April 9, 1923. Petition for a writ of certiorari to the Circuit Court of. Appeals for the Third Circuit denied. *Mr. Clarence P. Byrnes, Mr. Livingston Gifford* and *Mr. David A. Reed* for petitioners. *Mr. Marshall A. Christy* and *Mr. George B. Gordon* for respondent.

———

No. 872. THE PUSEY & JONES COMPANY *v.* WILLARD SAULSBURY ET AL., AS RECEIVERS, ETC., ET AL. April 9, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Lindley M. Garrison, Mr. Charles H. Tuttle* and *Mr. Saul S. Myers* for petitioner. *Mr. William H. Button, Mr. John P. Nields* and *Mr. William G. Mahaffy* for respondents.

———

No. 882. HERBERT W. BACON, ADMINISTRATOR, ETC., *v.* JOHN BARTON PAYNE, DIRECTOR GENERAL, ETC. April 9, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Michigan denied. *Mr. Frank S.*